[No. 20291-7-III.   Division Three.   December 11, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. BRETT MATTHEW BYRON, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 00-1-00955-4, Carolyn A. Brown, J., entered June 28, 2001. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kato, A.C.J., and Kurtz, J.

[No. 50018-0-I.   Division One.   December 15, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. HOWARD MELTON III, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-09037-9, Richard A. Jones, J., entered February 12, 2002. *Affirmed* by unpublished opinion per Baker, J., concurred in by Agid and Appelwick, JJ.

[No. 50328-6-I.   Division One.   December 15, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. LORENZO SANCHEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-00020-5, Jay V. White, J., entered August 29, 2001. *Reversed* by unpublished opinion per Baker, J., concurred in by Becker, C.J., and Coleman, J.

[No. 51099-1-I.   Division One.   December 15, 2003.]

TIMOTHY A. HOGG, *Appellant*, v. PHILLIPS REAL ESTATE SERVICES, L.L.C., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-02954-1, Nicole MacInnes, J., entered August 21, 2002. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Coleman and Appelwick, JJ.